Dismissed and Memorandum Opinion filed June 18, 2009








Dismissed
and Memorandum Opinion filed June 18, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00089-CV

____________

 

SERGIO SELLAR and GUADALUPE SELLAR, Appellants

 

V.

 

BRANDON BOECKER and KAREN BOECKER, Appellees

 



 

On Appeal from the 280th District
Court

Harris County, Texas

Trial Court Cause No.
2006-30520

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed December 16, 2008.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellants did not make arrangements to pay for the record.  








On May
14, 2009, notification was transmitted to all parties of the Court's intent to
dismiss the appeal for want of prosecution unless, within fifteen days,
appellant paid or made arrangements to pay for the record and provided this
court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant
has not provided this court with proof of payment for the record. Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and
Boyce.